_AO91 (Rev. 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN**  DISTRICT OF  **TEXAS**

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| **Marvin Oswaldo Escobar Orellana** | Case Number:  **L-11-PO1259** |
| Isabel, Isabel | |
| Guatemala | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **March 1, 2011** in **Laredo, Texas**  **Webb** County, in
(Date)
the Southern District of Texas, **Marvin Oswaldo Escobar Orellana** defendant(s),

a **Guatemalan** alien, did unlawfully enter and attempt to enter the United States at a place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325 (a) (1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:  based on statements of the accused and records of the Department Of Homeland Security.

Furthermore, it is based on verbal statements by, **Marvin Oswaldo Escobar Orellana**, who admitted to being a citizen of **Guatemala**, who entered and attempted to enter illegally into the United States by wading the Rio Grande River near, **Laredo, Texas**, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry and attempted entry took place on **March 1, 2011**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/
Signature of Complainant

**Federico Aguillon Jr.**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**March 3, 2011**                                              at    Laredo, Texas
Date                                                                         City and State

**Guillermo R. Garcia**
U.S. Magistrate Judge
Name and Title of Judicial Officer                            Signature of Judicial Officer