# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

US MAGISTRATE COURT
GRG-SDTX
FILED

MAR 03 2011 MLR

David J. Bradley, Clerk
Laredo Divison

UNITED STATES OF AMERICA

Plaintiff

v.

Case No. 5:11-PO-1259
Magistrate Judge Guillermo R. Garcia

Marvin Oswaldo Escobar Orellana
True Name: Marvin Osvaldo Esquivel Lopez

Defendant

## JUDGMENT

On **March 03, 2011** the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering and attempting to enter into the United States at a place other than as designated by the Immigration officers, in violation of 8 U.S.C. §1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 15 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

**A $10.00 special assessment is imposed.**

DONE at Laredo, Texas, on **March 3, 2011.**

_____
**GUILLERMO R. GARCIA**
**UNITED STATES MAGISTRATE JUDGE**